No. 12–7390. ROSS *v.* ATTORNEY GRIEVANCE COMMISSION. Ct. App. Md.;
    No. 12–7424. AMR *v.* MOORE ET AL. C. A. 4th Cir.;
    No. 12–7546. J. O. *v.* C. L. S. Ct. App. Colo.;
    No. 12–7581. IN RE NABAYA; and

No. 12–7817. MISSUD *v.* SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY, ET AL. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 12, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.